IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FRED WESSON
PETITIONER

VS.                             CASE NO. 2:05CV00330 SWW

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                             RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.   There have been no objections.   After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 13th day of MARCH, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE